

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00173-CV

**IN RE Kate SOULSBY**

Original Mandamus Proceeding[1]

**ORDER**

On March 24 and 25, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. We granted the emergency motion and invited the respondent and the real parties in interest to file a response to the petition. After reviewing the petition, real party in interest J'Lee Plumlee's response, and the mandamus record, we conclude relator has shown she is entitled to the relief sought. We therefore CONDITIONALLY GRANT the petition for writ of mandamus. We order the trial court to vacate its rulings disqualifying relator from representing parties who are adverse to Plumlee and prohibiting relator from conferring with other attorneys in this matter. This order is without prejudice to real party in interest's ability to re-urge the non-disqualification remedies sought in her motion for sanctions.

The writ of mandamus will issue only if the trial court fails to comply within ten days of the date of this opinion. Our March 25, 2022 order staying further proceedings in the trial court will remain in effect until we receive confirmation that the trial court has complied with this order.

It is so **ORDERED** on June 22, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

_____
Michael A. Cruz, Clerk of Court

[1] This proceeding arises out of Cause No. 2019-CI-23835, styled *In the Interest of E.R.S., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.